# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VINH QUA TRAN,<br><br>    Plaintiff,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES INCOROPORATED et al.,<br><br>    Defendants. | Case No. 2:25-cv-10609-SB-KS<br><br>ORDER DISMISSING ACTION |

Pursuant to the parties' stipulation, this action is dismissed in its entirety with prejudice.  Each party shall bear its own costs, attorneys' fees, and expenses. The clerk's office shall close the case.

Date: March 24, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1